as to permit some degree of doubt, they do not compel a reasonable doubt about guilt. "In our jurisprudence the credibility of witnesses and the derivation of the truth from oral testimony are reposed in the hearer of the witnesses." Wigfall v. United States, 1956, 97 U.S. App.D.C. 252, 253, 230 F.2d 220, 221. Hinton v. United States, 1952, 91 U.S. App.D.C. 13, 196 F.2d 605 is not applicable.

We have considered the contentions and the record relating to rulings of the District Court and find no error.

Affirmed.

Mr. Arnold T. Aikens, Asst. U. S. Atty., Washington, D. C., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., Washington, D. C., were on the brief, for appellee.

Before PRETTYMAN, BAZELON and BURGER, Circuit Judges.

PER CURIAM

This appeal from a conviction for robbery was taken on the ground that the evidence was not sufficient to warrant submission of the case to the jury. We find no error which would justify reversal.

Affirmed.

Lloyd LEE, Jr., Appellant,

v.

UNITED STATES of America, Appellee.

No. 16059.

United States Court of Appeals District of Columbia Circuit.

Argued March 23, 1961.

Decided April 20, 1961.

Mr. Stanley O. Sher, Washington, D. C., (appointed by this court), for appellant.

Hoover H. WRIGHT, Appellant,

v.

Eugene C. PAINE et al., Appellees.

Stewart L. UDALL, Secretary of the Interior, Appellant,

v.

Eugene C. PAINE et al., Appellees.

Nos. 15740, 15926.

United States Court of Appeals District of Columbia Circuit.

Argued Nov. 23, 1960.

Decided Feb. 23, 1961.

